IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00178-M
Case No. 5:23-cr-00388-M

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CORY SEAN HEARD, <br><br> Defendant. | ORDER |

This matter comes before the court on the motion to appoint CJA counsel, filed by Mr. Raymond Tarlton [DE 79]. Mr. Tarlton asks this court to appoint him as counsel for Mr. Cory Sean Heard in connection to Mr. Heard's pending wire fraud charges in Case No. 5:23-cr-00388-M. Mr. Tarlton states that "Mr. Heard's best legal interests are advanced by the continuity of having the same counsel represent him in both pending matters in this Court to try to secure a global resolution." DE 79 at 1.

The court "may, in the interests of justice, substitute one appointed counsel for another at any stage of the proceedings." 18 U.S.C. § 3006A(c). Mr. Tarlton has represented Mr. Heard as court-appointed counsel in Case No. 5:21-cr-00178 since November 30, 2021. Mr. Heard is eligible for court-appointed representation in Case No. 5:23-cr-00388-M. An attorney has not yet appeared on behalf of Mr. Heard in that case.

In the interest of justice, the motion is GRANTED as follows. Mr. Tarlton is appointed to serve as CJA counsel for Defendant in Case No. 5:23-cr-00388-M. To ensure the record for both of the above-captioned cases reflect the appointment of Mr. Tarlton, the clerk of court shall file a

copy of both the motion at DE 79 and a copy of this Order to the docket for Case No. 5:23-cr-00388-M. The request to continue the detention hearing is denied as moot.

SO ORDERED this 16th day of January, 2024.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE